Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AEOLIAN MECHANICAL, INC., a dissolved California corporation. <br><br> Defendant. | Case No.: C14-5434 WHO <br><br> **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** <br><br> Date:      June 9, 2015 <br> Time:     2:00 p.m. <br> Location: 450 Golden Gate Ave. <br>                San Francisco <br> Courtroom: 12, 19th Floor <br> Judge:    Honorable William H. Orrick |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for June 9, 2015, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance, as follows:

1.  As the Court's records will reflect, this action was filed on December 12, 2014. Defendant was served, via substitute service, on December 27, 2014. Plaintiffs filed a Proof of Service of Summons with the Court on January 12, 2015 (Dkt. #11). Defendant failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendant on February 18, 2015 (Dkt. #13). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on February 23, 2015 (Dkt. #14).

-1-
PLAINTIFFS' REQUEST TO CONTINUE CMC; ORDER THEREON
Case No.:  C14-5434 WHO

\\candsf\data\Users\WHOALL\_CV\2014\2014_05434_Boards_of_Trustees_of_the_Sheet_Metal_Workers_Loca_v_Aeolian_Mechanical_Inc\14-cv-05434-WHO-Proposed_Order_to_Continue_CMC.docx

2. Plaintiffs filed an initial request to continue the case management conference on February 27, 2015 (Dkt. #16). The previous request was based on the fact that Defendant had scheduled the requested audit of its payroll records, that the audit was conducted, and that the final audit report was being prepared and finalized by Plaintiffs' auditors.

3. The audit report has since been finalized and issued to Defendant. Now that the report is complete, the parties are in further discussions to resolve this matter without the need for further litigation. Defendant has submitted additional documents to Plaintiffs in furtherance of their efforts to resolve the matter. Plaintiffs are in the process of reviewing and evaluating those documents. The parties are working diligently to resolve this matter without the need for further litigation.

4. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued for approximately sixty (60) days, to allow sufficient time for the parties to continue their attempts to resolve this matter without the need for further litigation.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: June 2, 2015                                     SALTZMAN & JOHNSON
                                                        LAW CORPORATION


                                                        By:        /S/
                                                           Adrian L. Canzoneri
                                                           Attorneys for Plaintiffs

PURSUANT TO STIPULATION,

The currently set Case Management Conference is hereby continued from June 9, 2015 until **August 11, 2015** at 2:00 pm. The parties shall file a Joint Case Management Statement on or before

-2-
**PLAINTIFFS' REQUEST TO CONTINUE CMC; ORDER THEREON**
**Case No.: C14-5434 WHO**

\\candsf\data\Users\WHOALL\_CV\2014\2014_05434_Boards_of_Trustees_of_the_Sheet_Metal_Workers_Loca_v_Aeolian_Mechanical_Inc\14-cv-05434-WHO-Proposed_Order_to_Continue_CMC.docx

**August 4, 2015**, updating the Court on the status of this matter.

IT IS SO ORDERED.

Date: June 2, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

-3-
**PLAINTIFFS' REQUEST TO CONTINUE CMC; ORDER THEREON**
**Case No.:  C14-5434 WHO**

\\candsf\data\Users\WHOALL\_CV\2014\2014_05434_Boards_of_Trustees_of_the_Sheet_Metal_Workers_Loca_v_Aeolian_Mechanical_Inc\14-cv-05434-WHO-Proposed_Order_to_Continue_CMC.docx