1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

BOARDS OF TRUSTEES OF THE SHEET
METAL WORKERS LOCAL 104 HEALTH
CARE TRUST, et al.,

Case No.  14-cv-05434-WHO

8
9

Plaintiffs,

**ORDER OF DISMISSAL**

Re: Dkt. No. 23

v.

10
11

AEOLIAN MECHANICAL, INC.,

Defendant.

12
13

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is

14

dismissed **without** prejudice. The Clerk shall close the case.

15

Dated: August 3, 2015

16



17

WILLIAM H. ORRICK
United States District Judge

18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California